IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hassan Ayyoubi, | No. CV-26-00435-PHX-DWL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Pursuant to this Court's February 2, 2026 Order, this action is dismissed for failure to file an amended petition.

**IT IS THEREFORE ORDERED** this action is dismissed for failure to file an amended petition pursuant to the Court's February 2, 2026 Order. The Clerk of Court must close this case and enter judgment accordingly.

Dated this 3rd day of March, 2026.

_____
Dominic W. Lanza
United States District Judge